UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peitian Zhang,<br><br>                              Plaintiff,<br><br>             -against-<br><br>Industrial and Commercial Bank of China,<br><br>                              Defendant. | 25-CV-571 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    *Pro se* plaintiff Zhang sued defendant Industrial and Commercial Bank of China on January 21, 2025. On January 23, 2025, he filed a motion on the docket that substantially restates allegations in the complaint without requesting relief from the Court separate from the relief he requests in the complaint. *See* Dkt. 7. Because the motion is duplicative with the complaint, the Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

    Summons have been issued in this case. *See* Dkt. 4. Zhang is directed to serve the summons and complaint on the Industrial and Commercial Bank of China within 90 days of the date the complaint is filed (which is the same day the summons was issued). If within those 90 days Zhang has not either served the bank or requested an extension of time to do so, the Court may dismiss the claims for failure to prosecute.

    SO ORDERED.

Dated: January 31, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge